UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

JORDAN BROWN,

    Plaintiff,

V.                                                  Civil Action No. 4:24-cv-00128

CITY OF HAMPTON, VIRGINIA, *et. al.*,

    Defendants.

### ORDER

On September 29, 2025, the Court dismissed the sole federal claim in the above-styled case against Defendant Torres Towing. ECF No. 65. For the reasons set forth in that order, the same claim brought against Defendant MVTRAC, LLC is dismissed. With there being no federal claims for the Court to adjudicate, the Court declines to exercise supplemental jurisdiction over the state law claims. *See* 28 U.S.C. § 1367(c)(3) (stating courts may decline to exercise supplemental jurisdiction if the court dismissed all federal claims); *see also United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 726 (1966). All remaining state law claims are dismissed without prejudice to Plaintiff's right to pursue them in state court. Therefore, this case is closed. The Court **DIRECTS** the Clerk to provide a copy of this Order to the parties.

    IT IS SO ORDERED.

Newport News, Virginia
October / , 2025

/s/
Raymond A. Jackson
United States District Judge